# Fred SHORES, Jr., Petitioner–Appellant,

v.

# Theodis BECK, Respondent–Appellee.

## No. 00–7371.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

**129**

Fred Shores, Jr., pro se.

Before WIDENER * and WILLIAMS, Circuit Judges., and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Fred Shores, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Shores v. Beck,* No. CA–00–264–1 (M.D.N.C. Aug. 28, 2000). Shores' motion to amend is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*